GEORGE L. MORGAN V. MASSILON ENGINE & THRESHER COMPANY.

Application No. 14271.    Decided November 18, 1925.

(271 S. W., 78).

**Jurisdiction of Supreme Court—Ordering Sale of Land Under Judgment.**

The Supreme Court, in ordering the sale of land under a judgment claimed to be dormant (Massilon Eng. & Thresher Co. v. Barrow, 231 S. W., 368) had jurisdiction to enter such decree, the heirs of the deceased judgment debtors having invoked such jurisdiction on the ground that no administration was pending. (P. 146.)

Application for writ of error to the Court of Civil Appeals for the Ninth District, on an appeal from Chambers County.

The writ is refused in a memorandum opinion *per curiam,* sustaining the judgment of the appellate court herein, 274 S. W., 255.

*J. R. Hill* and *Pritchett Harvey,* for petitioner.

PER CURIAM: With the heirs to the deceased judgment debtors invoking the jurisdiction of the District Court to determine whether the land was subject to sale, under allegations that no administrations were pending, it is plain that the Supreme Court was authorized to decree the land's sale. The judgment of the Supreme Court and the sale thereunder were neither void nor voidable, but proper and valid. The application for writ of error is refused.